**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**JANET POUVI,**<br><br>   **Defendant.** | **Case No. CR02-20(R)RSM**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

**The plaintiff appears through Assistant United States Attorney, Barb Sievers.**

**The defendant appears personally and represented by counsel, Judith Mandel.**

**The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation and ADMITS violation #1 - Failing to submit written reports within the first five days of May, June, July, August, September, October, November and December 2006, ADMITS violation #2 - Failing to submit monthly payments toward restitution since August 2004 (with an explanation), and DENIES allegation #3 - Failing to notify probation officer 10 days prior to any change of residence or employment.**

**The court accepts defendant's admission to violations #1 & #2 and finds probable cause with regard to allegation #3 and schedules a hearing such matter to be held at the time and date below set forth before Judge Mary Alice Theiler :**

*Date of hearing: February 14, 2007 at 9:30am*

**IT IS ORDERED that the defendant:**

**(  )  Be released on an appearance bond, subject to the terms and conditions set forth thereon.**

**(X)  Be detained without prejudice for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as orderedby the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

**February 8, 2007.**

        **__s/ Karen L. Strombom_____**
        **Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1